Court of Appeal, there appears no error of law in the judgment complained of.

161 So.2d 281

**Kerlin REDDING**

v.

**S. H. CADE et al.**

**No. 47116.**

March 16, 1964.

In re: Kerlin Redding applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 158 So.2d 880.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

161 So.2d 281

**Roosevelt ELLIOTT**

v.

**INSURANCE COMPANY OF NORTH AMERICA et al.**

**No. 47117.**

March 16, 1964.

In re: Roosevelt Elliott applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 159 So.2d 313.

The application is denied. There appears no error of law in the judgment complained of.